AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, James J. | U.S. Bankruptcy Ct. N. D. AL | 06/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Burr & Forman LLC - retired partner's annuity | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Southern Company-retirement/pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar | June 6 - 9, 2019 | Sandestin, FL | Speaker at CLE program | mileage, lodging, meals and seminar tuition |
| 2. | National Assoc Chapter 13 Trustees | July 15 - 18, 2019 | Indianapolis, IN | Speaker at CLE program | air fare, lodging, meals and seminar tuition |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 06/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 349 shares common stock Southern Co. | A | Dividend | K | T | Buy<br>(add'l) | 2019 | J | | 15 shr add'l div<br>reinvest |
| 2. WinSouth CU (deposit account) | A | Interest | | | Closed | 10/03/19 | K | | |
| 3. Wells Fargo deposit accounts (2) | A | Interest | L | T | | | | | |
| 4. Protective Life policies (2)-both whole life | A | Int./Div. | J | T | | | | | |
| 5. Mass Mutual Life- American Century Value mutual fund | | None | L | T | | | | | |
| 6. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 7. 2016 shares American Capital World Growth Income Fund | B | Dividend | | | Sold | 01/16/19 | L | C | |
| 8. 3108 shares American Growth Fund Class A | B | Dividend | M | T | Buy<br>(add'l) | 2019 | J | | 214 shr add'l div<br>reinvest |
| 9. 1054Shares Common Stock Proassurance Corp. | B | Dividend | K | T | | | | | |
| 10. 10,252 Shrs Am. New Perspective Fund Class F-2 | D | Dividend | N | T | Buy<br>(add'l) | 2019 | K | | 387 shr add'l div<br>reinvest |
| 11. Bk of Am RSA money fund (JJR) | A | Int./Div. | K | T | | | | | See Part VIII |
| 12. 1330 Shrs Am. Capital World Income Fund Class F-2 | A | Dividend | K | T | Sold<br>(part) | 12/04/19 | K | C | 33 shr add'l div<br>reinvest |
| 13. 14,308 American Growth Fund of America Class A Mut. Fund | D | Dividend | O | T | Buy<br>(add'l) | 2019 | K | | 984 shr add'l div<br>reinvest |
| 14. 2290 Shares American Fundamental Investors Fund Class F-2 (SGR IRA) | B | Dividend | M | T | Buy<br>(add'l) | 2019 | J | | 154 shr add'l div<br>reinvest |
| 15. 2765 Shares American New Perspective Fund Class F-2 | B | Dividend | L | T | Sold<br>(part) | 01/16/19 | L | D | 37 shr add'l div<br>reinvest |
| 16. 1015 Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy<br>(add'l) | 2019 | J | | 26 shr add'l div<br>reinvest |
| 17. 1567 Shares American Growth Fund of America Class A | A | Dividend | L | T | Buy<br>(add'l) | 2019 | J | | 105 shr add'l div<br>reinvest |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. 145 shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 19. 2390 shares Pfizer common | B | Dividend | L | T | Sold<br>(part) | 2019 | K | E | |
| 20. 1075 shares Waste Management common | B | Dividend | L | T | | | | | |
| 21. 450 shares Chevron Corp common | B | Dividend | L | T | | | | | |
| 22. 1220 shares Coca Cola common | B | Dividend | L | T | | | | | |
| 23. 615 shares Kimberly Clark common | C | Dividend | K | T | | | | | |
| 24. 505 shares McDonalds Corp common | C | Dividend | L | T | | | | | |
| 25. 1555 shares Microsoft Corp common | C | Dividend | M | T | | | | | |
| 26. 683 shares Duke Energy common | B | Dividend | K | T | Sold<br>(part) | 06/03/19 | K | D | |
| 27. 1556 shares Mondelez Int'l common | B | Dividend | L | T | Buy<br>(add'l) | 2019 | J | | 33 shr add'l div<br>reinvest |
| 28. 545 shares Apple, Inc. common | C | Dividend | M | T | | | | | |
| 29. 16,845 shares American Amcap Fund Class A | C | Dividend | O | T | Buy<br>(add'l) | 2019 | L | | 822 shr add'l div reinv |
| 30. 155 shares Nextera Energy Inc. | B | Dividend | K | T | | | | | |
| 31. Bk of Am RSA money fund (SGR-IRA) | A | Int./Div. | J | T | | | | | |
| 32. American Legacy III variable annunity-Am Growth-Income | | None | L | T | | | | | |
| 33. 43 shares Amazon | A | Dividend | L | T | | | | | |
| 34. 647 shares American Investment Co. of America Class F-2 | A | Dividend | K | T | Buy | 2019 | J | | 42 shr add'l div<br>reinvest |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  ML Bank Deposit Program (JJR IRA) | A | Int./Div. | K | T | | | | | |
| 36.  5164 Shares American Fundamental Investsors F-2 (JJR IRA) | C | Dividend | N | T | Buy | 2019 | M | | 374 shr add'l div reinvest |
| 37.  3190 shares Amcap F-2 | A | Dividend | M | T | Buy | 01/16/19 | L | | 156 shr add'l div reinvest |
| 38.  13 shares Brighthouse Financial, Inc. | | | | | Sold | 11/15/19 | J | A | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 06/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The notation "__ shr add'l div reinvest" appearing several times in column D (5) means that the particular mutual fund or stock paid one or more dividends during the year that were reinvested to purchase the number of additional shares stated. Dividends were declared from time to time during 2019, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

Part VII-Line 11 was incorrectly reported on line 12 of my 2018 Report as "JJR-IRA". It is not an IRA investment.

Part VII-Line 38 discloses that I sold 13 shares of Brighthouse Financial, Inc. on 11/15/19. These shares were issued to me after the demutualization of MetLife (Part VII - line 18) in 2000. I am unsure of the exact date these Brighthouse shares were issued to me and, frankly, I was unaware I had been issued the shares and they were never disclosed on any previous report. I first remember being made aware of my ownership of these shares when Brighthouse notified me last year of its program to buy-back small stock holdings. I elected to participate in the buy-back and the transaction is dislcosed in this 2019 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544